DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK MARRERO** and **IDA MARRERO,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORP.,**
Appellee.

No. 4D19-606

[February 20, 2020]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE18-007706 (08).

Geoffrey B. Marks of Billbrough & Marks, P.A., Coral Gables, for appellants.

Scot Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***